# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| Amanda Frahm, | Case No. 10-13837-BC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Global Credit & Collection Corporation, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/Timothy J. Sostrin
   Timothy J. Sostrin
   233 S. Wacker, Suite 5150
   Chicago, IL 60606
   Telephone:  312-753-7576
   Fax: 312-822-1064
   Email:  tjs@legalhelpers.com

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2011, I served Defendant with a copy of the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Birgit Dachtera Stuart
Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

                                               /s/ Timothy J. Sostrin